ALBERT HUBSCHMAN, as Assignee of SCHATZKIN TRADING COR-
PORATION, Appellant, *v.* GEORGE HORNSTEIN and Another,
Individually and as Copartners, Doing Business under the
Firm Name and Style of HORNSTEIN & HORNSTEIN, and Others,
Respondents.

First Department, June 21, 1934.

*Nahum A. Bernstein* of counsel [*Arnold M. Goldstein*, attorney],
for the appellant.

*Alfred J. Talley* of counsel [*James A. McKaigney, George D.
Hornstein* and *Abraham Hornstein* with him on the brief; *Talley &
Lamb* and *Hornstein & Hornstein,* attorneys], for the respondents.

PER CURIAM. We are of the opinion that the application was
not made in good faith. The complaint is very simple and covers
but two and a half pages of the record. The failure to evidence
good faith is shown in part by the notice of motion for the examina-
tion which contains 270 items, many of which are clearly without
the slightest merit.

The order should be affirmed, with twenty dollars costs and
disbursements.

Present — FINCH, P. J., MERRELL, MARTIN, O'MALLEY and
UNTERMYER, JJ.; FINCH, P. J., and UNTERMYER, J., dissent and
vote for modification.

UNTERMYER, J. (dissenting). In our opinion the objections
urged by the defendants to the examination before trial are not
tenable except the objection to the form, and in some instances
to the scope, of the 270 items set forth in the notice of motion.
The order appealed from should be modified to provide that the

motion is denied without prejudice to a renewal thereof upon a notice of motion which shall state in proper form, and without unnecessary repetition, the matters concerning which the examination is sought, and as so modified affirmed, without costs.

FINCH, P. J., concurs.

Order affirmed, with twenty dollars costs and disbursements.